# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 7, 2022

Lyle W. Cayce
Clerk

No. 21-11114
Summary Calendar

Khue Nguyen,

*Plaintiff—Appellant*,

*versus*

Hai Phu Nguyen; Mai Tuyet Nguyen; Que Dang Nguyen;
Anh Kim Nguyen; Hoa Thi Ta Le; Hien The Ta; Lai Xuan
Ta; Ngo Thi Ngoan; Does 1 - 5,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-120

Before Clement, Haynes, and Higginson, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-11114

Appellant fails to present any non-frivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED.  *See* 5TH CIR. R. 47.6.